IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: MATTHEW ALEXANDER ELDRIDGE<br>ANGELA GAIL ELDRIDGE<br>2136 BALFORD SQ W<br>COLUMBUS, OH  43232 | Case No: 12-56128<br><br>Chapter 13<br><br>Judge: John E. Hoffman Jr. |

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on September 24, 2015. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: MATTHEW ALEXANDER ELDRIDGE         Case No: 12-56128
ANGELA GAIL ELDRIDGE
2136 BALFORD SQ W                         Chapter 13
COLUMBUS, OH  43232

                                          Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on July 19, 2012.
The plan was confirmed on December 18, 2012.
The Case was concluded on September 24, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:         49,445.55

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 7.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| AMERICAN ELECTRIC POWER 00029    ADMINISTRATIVE PRIORITY | 95.00 | 95.00 | 0.00 | 0.00 |
| AMERICAN ELECTRIC POWER 00030    ADMINISTRATIVE PRIORITY | 95.00 | 95.00 | 0.00 | 0.00 |
| AMERICAN ELECTRIC POWER 00011    UNSECURED | 342.29 | 342.29 | 0.00 | 0.00 |
| ANGELA GAIL ELDRIDGE 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| AT&T 00012    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CARRINGTON MORTGAGE SERVICES 00001    DISALLOWED PER PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| CATHERINES 00013    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Chase 00002    DISALLOWED PER PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF COLUMBUS 00014    UNSECURED | 118.33 | 118.33 | 0.00 | 0.00 |
| CITY OF COLUMBUS 00007    PRIORITY | 3,949.43 | 3,949.43 | 0.00 | 0.00 |
| COLUMBIA GAS 00015    UNSECURED | 531.13 | 531.13 | 0.00 | 0.00 |
| Ffcc-Columbus Inc 00016    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FIFTH THIRD BANK 00017    UNSECURED | 518.78 | 518.78 | 0.00 | 0.00 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 12-56128    MATTHEW ALEXANDER ELDRIDGE and ANGELA GAIL ELDRIDGE

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| First Community Bank 00004    DISALLOWED PER PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| FRANKLIN COUNTY TREASURER 00032    UNSECURED | Paid in Foreclosure | 0.00 | 0.00 | 0.00 |
| Hsbc/bsbuy 00018    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00009    PRIORITY | 14,832.35 | 14,832.35 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00028    SECURED | 11,431.00 | 11,431.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00008    UNSECURED | 5,811.01 | 5,811.01 | 0.00 | 0.00 |
| MATTHEW ALEXANDER ELDRIDGE 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| MATTHEW ALEXANDER ELDRIDGE 00000    DEBTOR REFUND | 454.45 | 454.45 | 0.00 | 0.00 |
| Nco Fin /99 00020    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Nco Fin /99 00021    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| NCO Financial Systems 00022    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL 00033    UNSECURED | 805.85 | 805.85 | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL 00010    PRIORITY | 1,780.85 | 1,780.85 | 0.00 | 0.00 |
| Ohio Bureau of Workers'Compensation 00023    PRIORITY | 350.00 | 350.00 | 0.00 | 0.00 |
| Ohio Bureau of Workers'Compensation 00031    UNSECURED | 7.17 | 7.17 | 0.00 | 0.00 |
| PNC BANK 00024    UNSECURED | 25.19 | 25.19 | 0.00 | 0.00 |
| PNC MORTGAGE 00005    SECURED | Paid outside | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00019    UNSECURED | 344.13 | 344.13 | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS INC 00006    UNSECURED | 3,871.35 | 3,871.35 | 0.00 | 0.00 |
| Receivable Management 00025    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Time Warner 00026    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| U Haul 00027    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| VERIPRO SOLUTIONS INC 00003    DISALLOWED PER PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 454.45 | 454.45 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 12-56128   MATTHEW ALEXANDER ELDRIDGE and ANGELA GAIL ELDRIDGE

|          | SECURED    | PRIORITY  | UNSECURED  | CONT DEBTS | SPECIAL | TOTAL       |
|----------|-----------:|----------:|-----------:|-----------:|--------:|------------:|
| ALLOWED  | 11,431.00  | 21,102.63 | 176,789.01 | 0.00       | 454.45  | 209,777.09  |
| PRIN PAID| 11,431.00  | 21,102.63 | 12,375.23  | 0.00       | 454.45  | 45,363.31   |
| INT PAID | 0.00       | 0.00      | 0.00       | 0.00       |         | 0.00        |
|          |            |           |            |            | TOTAL PAID: | 45,363.31 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---:|---:|
| DEREK MICHAEL SHAW ESQ | 0.00 | 0.00 |
| SAMUEL L CALIG ESQ  (PRIOR ATTY) | 2,460.00 | 2,460.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---:|---:|---:|---:|
| 2,076.69 | 0.00 | 0.00 | 2,076.69 |

Dated: 10/07/2015

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: MATTHEW ALEXANDER ELDRIDGE                    Case No: 12-56128
       ANGELA GAIL ELDRIDGE
       2136 BALFORD SQ W                                          Chapter 13
       COLUMBUS, OH  43232

                                                               Judge: John E. Hoffman Jr.

CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

                                                                               /s/ Faye D. English
                                                                               FAYE D. ENGLISH TRUSTEE
                                                                               CHAPTER 13 TRUSTEE
                                                                               ONE COLUMBUS
                                                                               10 WEST BROAD ST., SUITE 900
                                                                               COLUMBUS, OH  43215-3449
                                                                               (614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: MATTHEW ALEXANDER ELDRIDGE
ANGELA GAIL ELDRIDGE
2136 BALFORD SQ W
COLUMBUS, OH  43232

Case No: 12-56128

Chapter 13

Judge: John E. Hoffman Jr.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Chapter 13 Trustee's Certification of Final Payment and Case History was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 10/7/2015

/s/ Faye D English

Electronically signed by
Faye D English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D English, Chapter 13 Trustee
, Attorney for Debtor

By ordinary U.S. Mail addressed to:


**Plus all parties on the attached Creditor Matrix**

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 12-56128   MATTHEW ALEXANDER ELDRIDGE and ANGELA GAIL ELDRIDGE

Creditor Matrix for Case Number 12-56128

| Creditor Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Capital One, NA | Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite &#035;200 | Tucson | AZ | 857120000 |
| Deutsche Bank National Trust Company | | | | 000000000 |
| JPMorgan Chase Bank, NA | | | | 000000000 |
| National Capital Management, LLC | 8245 Tournament Drive Suite 230 | Memphis | TN | 381250000 |
| Nationstar Mortgage, LLC | PO Box 619096 | Dallas | TX | 752619741 |
| Nationstar Mortgage, LLC. | PO Box 630267 | Irving | TX | 750630000 |
| Ohio Department of Taxation | | | | 000000000 |
| PNC Bank, National Association | | | | 000000000 |
| PNC Mortgage | 3232 Newmark Drive | Miamisburg | OH | 453420000 |
| PRA Receivables Management, LLC | PO Box 41067 | Norfolk | VA | 235410000 |
| PennyMac Loan Services, LLC | c/o Aldridge Connors LLP Fifteen Piedmont Center | Atlanta | GA | 303050000 |
| Veripro Solutions, Inc | | | | 000000000 |
| Wells Fargo Bank, N.A. | | | | 000000000 |
| AEP | PO Box 24417 | Canton | OH | 447014417 |
| AT&T | PO Box 41417 | Philadelphia | PA | 191010000 |
| American Electric Power | 1 AEP Way | Hurricane | WV | 255260000 |
| Asst US Trustee (Col) | Office of the US Trustee 170 North High Street | Columbus | OH | 432150000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 12-56128    MATTHEW ALEXANDER ELDRIDGE and ANGELA GAIL ELDRIDGE

| | | | | |
|---|---|---|---|---|
| Carrington Mortgage Se | 1610 E Saint Andrew Place Sutie B150 | Santa Ana | CA | 927050000 |
| Catherines | PO Box 84022 | Columbus | GA | 319084022 |
| Chase | 9451 Corbin Avenue | Northridge | CA | 913280000 |
| City of Columbus | Department of Public Utilities Bankruptcy Division | Columbus | OH | 432150000 |
| City of Columbus | Income Tax Division 50 W Gay St 4th Fl | Columbus | OH | 432150000 |
| Columbia Gas Of Ohio, Inc. | Revenue Recovery 200 Civic Center Dr., 11th Floor | Columbus | OH | 432150000 |
| Delta Funding/Bank of America | 1000 Woodbury Road | Woodbury | NY | 117970000 |
| Ffcc-columbus Inc | 1550 Old Henderson Rd St | Columbus | OH | 432200000 |
| Fifth Third Bank | 9441 LBJ Freeway, Suite 350 | Dallas | TX | 752430000 |
| Fifth Third Bank | Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave, Se | Grand Rapids | MI | 495460000 |
| First Community Bank | 211 Federal St. Building | Bluefield | WV | 247010000 |
| Franklin County Treasurer | 373 S High Street, 17th Floor | Columbus | OH | 432150000 |
| Gernex & Kerns | 215 West 9th | | | 000000000 |
| Hsbc/bsbuy | Po Box 5253 | Carol Stream | IL | 601970000 |
| Internal Revenue Service | Centralized Insolvency Operation PO Box 7346 | Philadelphia | PA | 191017346 |
| NCO Financial Systems | Attention: Bankruptcy 507 Prudential Rd | Horsham | PA | 190440000 |
| National Capital Management, LLC. | 8245 Tournament Drive Suite 230 | Memphis | TN | 381250000 |
| Nationstar Mortgage, LLC | 350 Highland Drive | Lewisville | TX | 750670000 |
| Natl Cty Crd | K-a16-2j | Kalamazoo | MI | 490090000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 12-56128   MATTHEW ALEXANDER ELDRIDGE and ANGELA GAIL ELDRIDGE

| | | | | |
|---|---|---|---|---|
| Nco Fin /99 | Po Box 15636 | Wilmington | DE | 198500000 |
| Ohio Burearu of Workers Compensation | Revenue Recovery Section 101 E Town St | Columbus | OH | 432155148 |
| Ohio Bureau of Workers&#039; Compensation | PO Box 15567 | Columbus | OH | 432150567 |
| Ohio Department of Taxation | Bankruptcy Division P.O. Box 530 | Columbus | OH | 432160000 |
| PNC BANK | PO BOX 94982 | CLEVELAND | OH | 441010000 |
| PNC Mortgage, | a division of PNC Bank, National Association | MIAMISBURG | OH | 453420000 |
| Pnc Bank | Attn: Bankruptcy 2730 Liberty Ave | Pittsburgh | PA | 152220000 |
| Pnc Mortgage | 6 N Main St | Dayton | OH | 454020000 |
| Portfolio Recovery Associates, LLC | POB 41067 | Norfolk | VA | 235410000 |
| Real Time Resolutions, Inc | 1750 Regal Row, Suite 120 2nd Mortgage | Dallas | TX | 752350000 |
| Realtime Resolutions | 1750 Regal Row | Dallas | TX | 752352287 |
| Receivable Management | 240 Emery St | Bethlehem | PA | 180150000 |
| State of Ohio | Department of Taxation PO Box 2476 | Columbus | OH | 432060000 |
| Time Warner | 1015 Olentangy River Rd | Columbus | OH | 432123148 |
| U Haul | 863 South Hamilton Road | Columbus | OH | 432310000 |
| Veripro Solutions,Inc. | PO BOX 3572 | Coppell | TX | 750190000 |
| Wells Fargo Bank, NA | c/o Manley Deas Kochalski P.O. Box 165028 | Columbus | OH | 432165028 |
| Angela Gail Eldridge | 2136 Balford Square W | Columbus | OH | 432320000 |
| Derek Michael Shaw | Calig Law Firm 513 E. Rich Street | Columbus | OH | 432150000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 12-56128    MATTHEW ALEXANDER ELDRIDGE and ANGELA GAIL ELDRIDGE

| | | | | |
|---|---|---|---|---|
| Faye D. English | Chapter 13 Trustee
10 West Broad Street | Columbus | OH | 432153449 |
| Matthew Alexander Eldridge | 2136 Balford Square W | Columbus | OH | 432320000 |

Page 4 of 4                                1256128

Page 5 of 5                                1256128